**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-00630-SBP

CHADRACK EKENGE, also known as Gilson Manuel,

     Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Aurora ICE Processing Center;
GEORGE VALDEZ1, in his official capacity as Field Office Director, Denver Field Office, U.S. Immigration and Customs Enforcement;
TODD M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement;
KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; and
PAMELA JO BONDI, in her official capacity as Attorney General of the United States,

     Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDERS of Magistrate Judge Susan Prose entered on March 5, 2026, [ECF No. 11] and June 9, 2026, [ECF No. 13], it is

ORDERED that the Petition for Writ of Habeas Corpus 28 U.S.C. § 2241. [ECF No. 1] is GRANTED. It is

FURTHER ORDERED that, as the prevailing party, the petitioner is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1), D.C.COLO.LCivR 54.1 and 28 U.S.C. §2412(a)(1). It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 9th day of June, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:  s/  M. Smotts

M. Smotts, Deputy Clerk